UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO:     Gregory St. Clair

FROM:   Judge Peter J. Messitte

RE:     <u>St. Clair v. Jefferson Capital System LLC</u>
        No. 23-cv-1977

DATE:   August 8, 2023

\* \* \*

This Court has reviewed your pro se application to proceed in District Court without prepaying fees or costs.

Although the application is filed under penalties of perjury, the Court has concern about the completeness and accuracy of the application. You claim <u>ZERO</u> income and, except for claiming $200 that you and your spouse have, <u>ZERO</u> assets.

Before this Court acts on your application, the Court directs you to submit complete copies of your federal income tax returns for yourself and your spouse for the years 2020, 2021, and 2022, PLUS a complete copy of the application for credit referred to in your Complaint for which you were "pre-approved", PLUS any other applications for credit or bank loans for the years 2020, 2021, 2022, and 2023 that you and your spouse may have made.

You must submit the represented information within fifteen (15) days. Otherwise your application to proceed without prepaying fees and costs may be denied (which in fact may happen should the Court determine you to be ineligible for a waiver).

Despite the informal nature of this letter, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC:     Court File